AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| BRAYAN YONATAN DOMINGO PEREZ,<br><br>    Petitioner,<br><br>             v.<br><br>WARDEN, FOLKSTON ICE PROCESSING CENTER, et al.,<br><br>    Respondents. | JUDGMENT IN A CIVIL CASE<br><br><br>CASE NUMBER:   5:26-cv-563 |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated May 6, 2026, Petitioner's 28 U.S.C. § 2241 petition is granted in part. Therefore, Respondent is ordered to provide Petitioner with a bond hearing within seven days and to comply with the immigration judge's conclusions.  This case stands closed.

Approved by: _____
             HON. LISA GODBEY WOOD, JUDGE
             UNITED STATES DISTRICT COURT
             SOUTHERN DISTRICT OF GEORGIA

_____
Date    *May 7, 2-26*

John E. Triplett, Clerk of Court
*Clerk*

*Jamie Hodge*
*(By) Deputy Clerk*